## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: KURT L. ANDERSON                     §          Case No. 07-71973
     SYLVIA F. CERUTO                      §
                                                        §
         Debtors                           §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/21/2007.

2) The plan was confirmed on 12/17/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/04/2011, 11/07/2011, 11/09/2011.

5) The case was dismissed on 12/07/2011.

6) Number of months from filing or conversion to last payment: 47.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,776.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 28,645.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 28,645.00 |

**Expenses of Administration:**

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,908.61 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,408.61 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| ALPINE BANK & TRUST CO | Sec | 7,409.00 | 7,409.00 | 7,409.00 | 6,433.73 | 1,595.12 |
| ALPINE BANK & TRUST CO | Uns | 0.00 | 426.29 | 426.29 | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 14,280.00 | NA | NA | 0.00 | 0.00 |
| EVERHOME MORTGAGE | Sec | 4,400.00 | 4,696.34 | 4,696.34 | 4,400.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Sec | 6,965.00 | 6,965.00 | 6,965.00 | 5,631.09 | 1,780.16 |
| WELLS FARGO AUTO FINANCE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,403.00 | 3,825.93 | 3,825.93 | 2,166.34 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 426.26 | 0.00 | 0.00 | 0.00 |
| A/R CONCEPTS | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Uns | 963.01 | NA | NA | 0.00 | 0.00 |
| AMOCO / BP | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL | Uns | 220.42 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 6,700.00 | 7,310.21 | 7,310.21 | 0.00 | 0.00 |
| EAST BAY FUNDING | Uns | 9,104.01 | 9,770.71 | 9,770.71 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 1,196.00 | 1,276.05 | 1,276.05 | 0.00 | 0.00 |
| CAROLINE J ANDERSON | Uns | 20,000.00 | 20,000.00 | 20,000.00 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITGO / CITIBANK SD NA | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| CITY OF LAKE GENEVA WISCONSIN | Uns | 26.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION COMPANY OF | Uns | 93.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT, INC. | Uns | 497.68 | NA | NA | 0.00 | 0.00 |
| CPU / CITIBANK CBSDNA | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Uns | 652.00 | 180.00 | 180.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 1,416.00 | 1,464.75 | 1,464.75 | 0.00 | 0.00 |
| ELGIN NEPHROLOGY ASSOC. | Uns | 402.84 | NA | NA | 0.00 | 0.00 |
| FL HOSPITAL WAUCHULA | Uns | 979.05 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 2,268.00 | 2,473.97 | 2,473.97 | 0.00 | 0.00 |
| GENEVA FOOT & ANKLE | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| H.E. STARK AGENCY, INC. | Uns | 26.92 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 345.78 | NA | NA | 0.00 | 0.00 |
| HEALTHFIRST PHYSICAL REHAB | Uns | 2,848.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 4,513.00 | 1,781.78 | 1,781.78 | 0.00 | 0.00 |
| I.D.E.S. | Uns | 431.00 | NA | NA | 0.00 | 0.00 |
| J.C. PENNEY | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS LLC | Uns | 371.16 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 725.74 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 3,432.76 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 420.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT CORP. | Uns | 299.48 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 1,973.49 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 13,816.00 | 14,275.60 | 14,275.60 | 0.00 | 0.00 |
| NORTH AMERICAN CREDIT | Uns | 485.00 | NA | NA | 0.00 | 0.00 |
| NORTH AURORA DENTAL | Uns | 382.94 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 36.56 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS IMAGING | Uns | 3,668.00 | NA | NA | 0.00 | 0.00 |
| ONLINE INFORMATION SERVICES | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| PARK DANSON | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Uns | 5,064.00 | 5,817.40 | 5,817.40 | 0.00 | 0.00 |
| RELIABLE ADJUSTMENT BUREAU | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| SHELL CREDIT CARD CENTER | Uns | 102.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SIGNET BANK | Uns | 403.00 | NA | NA | 0.00 | 0.00 |
| STERLING BANK | Uns | 403.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS, INC. | Uns | 613.52 | NA | NA | 0.00 | 0.00 |
| TRI - COUNTY ACCOUNTS BUREAU | Uns | 394.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION | Uns | 622.95 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD | Uns | 5,817.40 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO EDUCATION | Uns | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| WINNEBAGO COUNTY TREASURER | Uns | 947.91 | NA | NA | 0.00 | 0.00 |
| CAROLYN ANDERSON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 403.05 | 403.05 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 0.00 | 472.00 | 472.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 0.00 | 535.16 | 535.16 | 0.00 | 0.00 |
| AMERICAN EXPRESS TRAVEL | Uns | 0.00 | 1,783.36 | 1,783.36 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | 417.29 | 417.29 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | 2,524.59 | 2,172.19 | 1,229.95 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 0.00 | 352.40 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 4,696.34 | $ 4,400.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 14,374.00 | $ 12,064.82 | $ 3,375.28 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 19,070.34 | $ 16,464.82 | $ 3,375.28 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 5,998.12 | $ 3,396.29 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 5,998.12 | $ 3,396.29 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 73,740.02 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 5,408.61 |
| Disbursements to Creditors | $ 23,236.39 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 28,645.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  02/16/2012                    By:  /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**